# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| QUALIQODE, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-132-JRG |
| | ) | |
| v. | ) | [CONSOLIDATED] |
| | ) | |
| APPIAN CORPORATION, AND MEGA NA, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MEGA NA INC.'S AND APPIAN CORPORATION'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO COMPLY WITH P.R. 3-3 AND 3-4 (INVALIDITY CONTENTIONS)**

Defendant MEGA NA, Inc. and Defendant Appian Corporation hereby move the Court to extend the time for MEGA NA, Inc. and Appian Corporation to comply with P.R. 3-3 and 3-4 (Invalidity Contentions).

Pursuant to the Court's Agreed Docket Control Order (Dkt. No. 62), the deadline for MEGA NA, Inc. and Appian Corporation to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) was August 12, 2014, and pursuant to the Court's Orders (Dkt. Nos. 76 and 77), the deadline for MEGA NA, Inc. and Appian Corporation to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) was extended to August 26, 2014. MEGA NA, Inc. and Appian Corporation respectfully request that this deadline be further extended to and including September 2, 2014.

Counsel for Plaintiff, Todd Brandt, has been contacted by the undersigned on behalf of MEGA NA, Inc. and was contacted by Jonathan Falkner on behalf of Appian Corporation and Plaintiff does not oppose the relief sought by the present motion.

MEGA NA, Inc. and Appian Corporation seek this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, MEGA NA, Inc. and Appian Corporation respectfully request that the deadline for MEGA NA, Inc. and Appian Corporation to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) be extended to and including September 2, 2014.

Respectfully Submitted

Counsel for MEGA NA, Inc.

August 26, 2014         /s/ William E. Hilton

William E. Hilton
Adrienne J. Drew
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109
P: 617-350-6800
Fax: 617-350-6878
Email: william.hilton@gesmer.com

Charley Ainsworth
Parker, Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
P: 903-531-3535
Fax: 903-533-9687
Email: charley@pbatyler.com

862783.1

                                      Counsel for Appian Corporation

                                      J. Thad Heartfield, State Bar No. 09346800
thad@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

Frank C. Cimino, Jr.
ciminof@dicksteinshapiro.com
Jonathan Falkler
falklerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

                       Certificate of Service

     I hereby certify that on August 26, 2014, I electronically filed the foregoing with the Clerk for the United States District Court for the Eastern District of Texas by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                      <u>/s/ William E. Hilton</u>
                                      William E. Hilton

862783.1